UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sandra Daly,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Takhar Collection Services, Ltd.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Civil Action No.:  1:10-cv-10658-LTS |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
### PURSUANT TO RULE 41(a)

Sandra Daly ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 14, 2010

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　　　　BBO No.: 650671
　　　　　　　　　　　　　　　　　　　　　　Lemberg & Associates L.L.C.
　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (877) 795-3666
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg

              Sergei Lemberg